# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Hwang Jin Yeong, aka Jin Yeong Hwang, | Case No. 1:00-cr-00150-002 |
| Petitioner, | |
| vs. | |
| United States of America | **CERTIFICATE OF SERVICE** |
| Respondent. | |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry of Order filed September 29, 2005 and Order Denying Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed September 28, 2005*, on the dates indicated below:

*U.S. Attorney's Office*
*September 29, 2005 (**Order**) and September 30, 2005 (Notice of Entry)*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry of Order filed September 29, 2005 and Order Denying Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed September 28, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005                    /s/ Marilyn B. Alcon
                                             Deputy Clerk