# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>       vs.<br><br>Hwang Jin Yeong,<br> aka Jin Yeong Hwang,<br><br>              Defendant. | Case No. 1:00-cr-00150-002 |

# NOTICE OF ENTRY OF ORDER

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order denying Motion for Reconsideration re Order, or in the Alternative Application for Certificate of Appealability, and Notice of Appeal*
*Date of Entry:  March 10, 2006*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** March 10, 2006                                                        Clerk of Court
                                                                                             **/s/ Mary L.M. Moran**