# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Hwang Jin Yeong aka Jin Yeong Hwang,<br><br>Defendant. | Case No. 1:00-cr-00150-002<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order denying Motion for Reconsideration re Order, or in the Alternative Application for Certificate of Appealability, and Notice of Appeal and the Notice of Entry of Order filed March 10, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*March 10, 2006*

The following individual was served by first class mail on March 10, 2006:

 ***Hwang Jin Yeong aka Jin Yeong Hwang***

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order denying Motion for Reconsideration re Order, or in the Alternative Application for Certificate of Appealability, and Notice of Appeal and the Notice of Entry of Order filed March 10, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 10, 2006           /s/ Leilani R. Toves Hernandez
                        Deputy Clerk