UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HWANG JIN YEONG,<br><br>Defendant - Appellant. | No. 06-15469<br><br>D.C. Nos. CV-04-00039-LDG<br>CR-00-00150-LDG<br>District of Guam, Agana<br><br>ORDER |

FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

Before: KOZINSKI and McKEOWN, Circuit Judges.

The stay of this case is lifted because the Supreme Court has filed its decision in *Burton v. Stewart*, 127 S. Ct. 793 (U.S. January 9, 2007) (No. 05-9222).

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 15 2007